IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER MASAYUKI KONISHI, <br><br> Plaintiff, <br><br> vs. <br><br> EUGENE WAKAI; EUGENE WAKAI, AS TRUSTEE FOR THE CHARLES MCCARTHY AND ANNE Y. MIYOSHI 1992 TRUST; ALLEN WAKAI; DOE DEFENDANTS 2-20, <br><br> Defendants. | CIV. NO. 13-00356 SOM-KSC <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALLEN WAKAI AS TO COUNTS II AND III OF THE FIRST AMENDED COMPLAINT |

**ORDER ADOPTING FINDINGS AND RECOMMENDATION
TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST ALLEN WAKAI AS TO COUNTS II AND
III OF THE FIRST AMENDED COMPLAINT**

Findings and Recommendation having been filed and served on all parties on September 10, 2014 and Allen K. Wakai served by first class mail on September 11, 2014 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALLEN WAKAI AS TO COUNTS II AND III OF THE FIRST AMENDED COMPLAINT" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 10, 2014.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

CHRISTOPHER MASAYUKI KONISHI V. EUGENE WAKAI, CIV. NO. 13-00356 SOM-KSC, ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ALLEN WAKAI AS TO COUNTS II AND III OF THE FIRST AMENDED COMPLAINT