IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER MASAYUKI KONISHI , ) | CV 13-00356 SOM-KSC |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| EUGENE WAKAI AND EUGENE ) WAKAI, as Trustee for the Charles ) McCarthy and Anne Y. Miyoshi ) 1992 Trust; DOE DEFENDANTS ) 1-20, ) | |
| ) | |
| Defendants/ ) Third Party Plaintiffs/ ) Crossclaimants, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALLEN K. WAKAI ) | |
| ) | |
| Third Party Defendant/ ) Cross Defendant. ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on July 08, 2015 and

served on all parties on July 09, 2015, and no objections having been filed by any

party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant Motion for Default Judgment Against Third Party Defendant Allen Wakai as to Third Party Complaint" are adopted as the opinion and order of this Court.

The Clerk of Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 30, 2015.



 /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Konishi v. Wakai, et al.; Civil No. 13-00356 SOM, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

2